

### WILLIAMSON COUNTY SHERIFF'S OFFICE
#### JEFF LONG, SHERIFF
408 CENTURY COURT
FRANKLIN, TENNESSEE 37064
(615) 790-5560



# AFFIDAVIT OF SERVICE
## COUNTY OF WILLIAMSON, STATE OF TENNESSEE

Docket Number: 14-CV-0090

Plaintiff: Heidi Richie

### -Versus-

Defendant: Professional Account Services, Inc

I, <u>Kristian Wernet,</u> acting in my capacity and office as an employee of the Williamson County Sheriff's Department, in Williamson County Tennessee, hereby certify that a copy of the complaint and Summons in the above style case to be served in the following manner:

Served: X        Not Served:

Type of Service: Personal service to Ben Fordham registered agent for Professional Account Services, Inc at 4000 Meridian Boulevard Franklin TN 37067 on April 29th at 11:29am.

_____
Deputy Sheriff

Date: April 29th, 2014

Personally appeared before me, <u>Kristian Wernet</u>, known to be a Sheriff's Deputy of Williamson County, Tennessee.

Sworn to and subscribed to me this 29th Day of April 2014

_____
Notary Public

My Commission Expires _____

JAMES F. MOORE
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY
My Commission Expires JULY 24, 2017

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

<table>
<tr><td>Heidi Richie</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>Professional Account Services, Inc.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td></tr>
</table>

**RECEIVED**

APR 0 4 2014

**WARRANTS**

Civil Action No.  14-CV-00090

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Professional Account Services, Inc.
C/O Registered Agent Ben Fordham
4000 Meridian Boulevard
Franklin, TN 37067-6325

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC
10075 W. Lincoln Highway
Frankfort, IL 60423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  3/24/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Professional Account services c/o Registered Agent Ben Fordhm

was received by me on *(date)* 4/29/14

☒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ben Fordham , who is

designated by law to accept service of process on behalf of *(name of organization)* Professional Accont

Services Inc on *(date)* 4/29/14 11:29 am; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Kristian Wernet    Deputy Sheriff
Printed name and title


305 Public Square Franklin TN 37064
Server's address

Additional information regarding attempted service, etc: