

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

HEIDI RICHIE,                                           )
        Plaintiff(s)                                    )
        V.                                              )  Civil Action No.   2:14 cv 90 JTM
PROFESSIONAL ACCOUNT SERVICES INC.,                     )
        Defendant(s)                                    )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:   The court DIRECTS the Clerk to ENTER JUDGMENT OF DISMISSAL, pursuant to the order entered on May 20th, 2014. Each party to bear her/its own costs, unless agreed otherwise.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   James T. Moody

Date    July 24, 2014

*CLERK OF COURT*

/s/ K Pastrick
_____
*Signature of Clerk or Deputy Clerk*